IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES NOBLE and BRENDA NOBLE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ALVARADO POLICE DEPT., | )<br>) |
| Defendant. | ) Civil Action No. 3:19-CV-2500-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Complaint should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiffs' Complaint is hereby **DISMISSED** without prejudice for want of prosecution.

SO ORDERED this 13th day of April, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs have failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.